AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: Andrew Picek | | Telephone: (313) 226-9100 |
| Special Agent: Joshua Loy | | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Delorian Durhal, Jr.<br>Rashad Keyes | Case: 2:25−mj−30557<br>Assigned To : Unassigned<br>Case No. Assign. Date : 9/5/2025<br>Description: CMP USA V, DURHAL ET AL (DJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 11, 2025 - August 18, 2025__ in the county of __Washtenaw County__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Interference with commerce by Robbery |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of a crime of violence |
| 18 U.S.C. § 922(o) | Possession of a machinegun |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Joshua Loy, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 5, 2025

_Judge's signature_

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Joshua Loy, being duly sworn, do hereby state the following:

## I. INTRODUCTION

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since June 2018. I am currently assigned to the Ann Arbor Field Office, Detroit Field Division, where I am tasked with investigating violations of firearms and controlled substance laws. I have conducted numerous investigations involving violations of federal firearms and drug laws, which have resulted in the seizure of firearms and narcotics. In addition, I have graduated from the Federal Law Enforcement Training Center and the ATF Special Agent Basic Training.

2. The statements contained in this affidavit are based on my review of written police reports from the Washtenaw County Sheriff's Office, information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter, and my own investigation. This affidavit summarizes such information, but it does not provide every fact known to law enforcement regarding this investigation. The affidavit merely provides

probable cause that Delorian DURHAL, JR. and Rashad KEYES have violated 18 U.S.C. § 1951 (Interference with Commerce by Robbery), that Delorian DURHAL, JR. violated 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Crime of Violence), that Rashad KEYES violated 18 U.S.C. §§ 2 and 924(c) (Aiding and Abetting Possession of a Firearm in Furtherance of a Crime of Violence), and that Rashad KEYES has violated 18 U.S.C. § 922(o) (Possession of a Machinegun).

## II. SUMMARY OF THE INVESTIGATION

3. On August 11, 2025, members of the Washtenaw County Sheriff's Office (WCSO) responded to XXXX Maplelawn, Ypsilanti, Michigan, for an armed robbery of a Hungry Howie's Pizza delivery driver. The driver stated he/she was sent to XXXX Maplelawn for a pizza delivery. Upon arriving in the area, the driver could not locate XXXX Maplelawn and called the phone number associated with the order. A male answered and instructed the driver they were walking outside to meet. The driver then saw two males walking up to him, opened his driver's door, and carried the pizza and pop that was ordered to meet the two males. The driver handed one of the males the pop, and the other asked if he had change for $100. The driver checked his pockets for

2

change and then looked up. When he did, one of the males, described as the shorter black male with tattoos, had a gun pointed at him. The male pointing the gun told him to empty his pockets and leave. The two males took the pizza, the driver's phone, Air Pods, and wallet, then rummaged through his car and fled.

4. A K9 track was conducted in the area and ended at the intersection of Landsdowne Lane and Wellington Lane. While WCSO Deputies were canvassing the area, the driver advised dispatch one of their credit cards had been utilized at a liquor store in Ypsilanti, Michigan (a location within 2 miles of the robbery).

**IDENTIFICATION AND ARREST OF DELORIAN DURHAL, JR.**

5. On August 12, 2025, WCSO responded to a residence in Ypsilanti, Michigan for a person (Person 1) requesting assistance removing her son, Rashad KEYES's friend, Delorian DURHAL, JR, from her residence. Her residence is approximately 1/10 of a mile from where the K9 track ended after the robbery. Upon entry into the residence, WCSO Deputies observed Hungry Howie's pizza boxes, the delivery driver's stolen credit cards, and one (1) loaded, Glock, model 21, semiautomatic pistol, bearing S/N: KYT707 (located under a pillow

3

DURHAL was lying on). DURHAL was subsequently arrested and taken into WCSO custody. Deputies did not conduct a complete search of the residence at the time. The pizza boxes had an attached receipt showing the same phone number used to place the order that led to the robbery the day before. KEYES was also present at the residence and was questioned about the robbery. KEYES denied any knowledge of the robbery or where the pizzas came from.

## VIDEO SURVEILLANCE REVIEW AND IDENTIFICATION OF SUSPECTS

6. On August 12, 2025, WCSO obtained video surveillance footage from an employee at the liquor store where the victim's credit cards were used on August 11, 2025. Upon review of the video footage, DURHAL and KEYES were seen arriving in a blue SUV together. Inside, DURHAL could be observed at the counter utilizing one of the stolen credit cards. KEYES was also observed at the counter with DURHAL JR. A screenshot from surveillance video showing KEYES and DURHAL JR. at the liquor store using the stolen credit cards is below. DURHAL JR. is the notably shorter individual wearing the black "Tupac" shirt and has tattoos. KEYES is the taller individual wearing the white t-shirt.



**EXECUTION OF STATE SEARCH WARRANT**

7.     On August 18, 2025, Law Enforcement executed a State Search warrant at the same residence where KEYES and DURHAL were found on August 12, 2025. Officers knocked and announced their presence and purpose for being at the residence. After a period of time, a female voice (later identified as Person 1) could be heard stating they were coming to the door. After the door was not opened in a timely manner by the individual, law enforcement forced entry. Police

5

encountered Person 1, Rashad KEYES, and a juvenile female inside the residence. KEYES was arrested and taken into custody at this time. Once the residence was secure, Law Enforcement searched the residence and located several items, including at least the following items:

Located in a bedroom believed to belong to Rashad KEYES's brother:

- One (1) loaded Glock, model 19, pistol, bearing S/N: BXPH732, with a machinegun conversion device (MCD) attached to the rear of the slide, located in the closet

- One (1) loaded Palmetto State Armory, multi-caliber, pistol, bearing S/N: SCB7511, located in the closet (see image 2 below); and

- One (1) black in color, Apple iPhone, believed to belong to Rashad KEYES (WCSO Deputy LeClair dialed a phone number known to have been used by DURHAL to call KEYES from jail, and the device rang). The phone was located on the floor near the closet (see Image 1 below).

Located in Rashad KEYES's bedroom:

- Three (3) AR magazines loaded with 5.56 ammunition, underneath the bed.

6

Located in the basement:

- One (1) black in color, Tupac shirt, believed to be the shirt worn by DURHAL while at the liquor store using the victim's credit cards.

Located in the garbage can:

- One (1) empty Hungry Howie's Pizza box, located in garbage can.

*Image 1*



*Image 2*



Part of closet where firearms were located

## PHOTO LINEUPS

8. On August 22, 2025, WCSO conducted a photo lineup with the victim. During the photo lineup, the victim positively identified DURHAL as one of the robbers. The victim was unable to identify the other individual.

## REVIEW OF RECORDED JAIL CALLS

9. During the course of this investigation, multiple jail calls have been made by both DURHAL and KEYES. These calls were reviewed by members of the WCSO and ATF.

10. During this investigation, WCSO Deputy LeClair identified two calls of significance made by DURHAL where he has conversations with KEYES. Below are summaries of conversations between DURHAL and KEYES. (Any quotations given are to the best of this agent's hearing and discernment based on the recordings and context). The calls were to the same number for the phone found right outside the closet where the machinegun was found on August 18, 2025, which is a cell phone number that returns to Rashad KEYES in CLEMIS (a law enforcement database).

Call on 08/12/2025 at 1307 hours:

- DURHAL: They find anything? …. They find anything brother?

- KEYES: Yeah, I'm texting him right now, I said "Dee locked up. They came in the house. He wasn't even doing anything. He was asleep."

- DURHAL:   Uh, they find anything?

- KEYES:    Uh, hell naw.

- DURHAL:   They ain't find nothing?

- KEYES:    Hell naw.

- DURHAL:   You got everything?

- KEYES:    No bro. That's why… feel me?

- DURHAL:   You got four on you?

- KEYES:    Uh… No. No. They got… nickel. They said nickel was right next to you.

- DURHAL:   Yeah, I was asleep. It was under the pillow.

11. On August 12, 2025, at 1425 hours, DURHAL called the same number and refers to the male that answers as "Shad", believed to be short for Rashad.

12. I know from training and experience individuals like KEYES and DURHAL who know they are being recorded by law enforcement, will often speak in code and make efforts to obfuscate what they are talking about. In the above call, I believe DURHAL is referring to other firearms in KEYES's residence when asks if KEYES had "four" on him. This is supported further by the KEYES responding, "No," because "They

10

got nickel", which DURHAL acknowledges was "under the pillow," referring the firearm found under the pillow when he was arrested. This call was prior to the other two firearms behind found in the same residence.

13. On August 18, 2025, after KEYES's arrest, at 0755 hours, a phone call was made to a number belonging to Person 1, KEYES's mother. This is the first completed call after KEYES was arrested. At approximately the 1-minute mark, KEYES asks Person 1 if they found anything in the "crib" (common term used for house). She responds, "yeah they took it all out." Rashad makes an audible sigh and stays silent. The female then is heard saying, "that means Delorian told them what was in here."

14. On August 19, 2025, at 1335 hours, a phone call was made to another phone number by KEYES. At approximately 3 minutes 50 seconds, KEYES starts telling a female about the search warrant deputies executed on his residence. The female then tells KEYES, "They told me they seen you taking the pizza boxes out" and she starts laughing. KEYES asks the female who told her that and she responds, "your brother and [Person 2]". KEYES tells her, "I don't know about that man,

11

we're on a recorded call." At approximately the 10 minute 30 second mark, KEYES, now talking to a different person, asks, "Aye, do you know if they found any 'yops' in the crib, or they don't know 30." The male responds, "I think they did, bleed, I ain't going to lie to you." I know from training and experience and communication with other law enforcement that "yop" can refer to a firearm. KEYES then discusses getting charged with the firearms recovered and having to "step up." At the 12 minute 30 second mark, the other person tells KEYES, "You know nigga saying D snitched right". KEYES tells the male he knows people are saying this but starts defending "D".

### MACHINEGUN CONVERSION DEVICE

15. Based on my training, experience with machinegun conversion devices in other investigations and conversations with other law enforcement officers, I am aware that machinegun conversion devices typically are affixed below the rear sights to the back of the slide of the firearm. I am also aware that machinegun conversion devices function by having a piece of metal that applies pressure to the trigger bar, which effectively stops the trigger of the firearm from resetting after a trigger pull. The machinegun conversion device attached to the Glock, model 19,

pistol, bearing S/N: BXPH732, mentioned above, has this component. As this type of machinegun conversion device was manufactured after the machinegun ban in 1986, none of these devices can be legally possessed by civilians. Therefore, KEYES's possession of this firearm with the machinegun conversion device was in violation of Title 18 U.S.C. § 922(o).

### III. CONCLUSION

16. Based upon the above information, I believe there is probable cause DURHAL and KEYES violated the aforementioned federal statutes. These violations occurred in the Eastern District of Michigan.

Joshua Loy
ATF Special Agent

Sworn to and subscribed before me
and/or by reliable electronic means.

Hon. Kimberly G. Altman
UNITED STATES MAGISTRATE JUDGE

Dated: September 5, 2025

13